UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LENNY WALKER, | Case No. 1:08-cv-04 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| CINDI S. CURTIN, | |
| Respondent. | |

# JUDGMENT

In accordance with the Opinion and Order filed this date:

**Judgment is entered in favor of the respondent** and against the petitioner.

Walker's petition for a writ of habeas corpus is **DENIED** for lack of merit.

This is a final order, but the court declines to issue a certificate of appealability.[1]

**IT IS SO ORDERED this 7th day of August 2009.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge

---

[1] "[A]n order denying a certificate of appealability is not appealable." *Sims v. US*, 244 F.3d 509, 509 (6th Cir. 2001), *followed by Crowley v. Renico*, 81 F. App'x 36, 37 (6th Cir. 2003) and *US v. Badru*, 2008 WL 1683113, *1 (D.C. Cir. July 27, 2004) (p.c.) (Rogers, Tatel, John Roberts).